UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NATIONAL CITY MORTGAGE CO. d/b/a ACCUBANC MORTGAGE | CIVIL ACTION NO. 06-0582 |
| versus | JUDGE HICKS |
| FIRST CONTINENTAL MORTGAGE, L.L.C. | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 5] is **GRANTED** and the complaint is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of September, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE